No. 177. UNITED STATES *v.* E. W. GRAY ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued January 18, 1924. Decided January 21, 1924.

*Per Curiam.* Dismissed for lack of jurisdictional amount required by § 241, Judicial Code. *Mr. S. W. Williams,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. C. W. King,* with whom *Mr. George F. Short* was on the brief, for appellees.